IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Robert Robinson, # 55764-004 | ) |
| Petitioner, | ) Civil Action No. 0:09-2489-TLW-PJG |
| vs. | ) |
| Federal Bureau of Prisons, and Warden of FCI-Williamsburg | ) |
| Respondents. | ) |

# ORDER

Robert Robinson, ("petitioner"), brought this civil action *pro se* pursuant to 42 U.S.C. § 2241 on September 23, 2009. (Doc. # 1). This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Paige J. Gossett, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the respondents' motion for summary judgment be granted. (Doc. # 19). Objections were due by July 9, 2010. Petitioner has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

1

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 19). Therefore, the respondents' motion for summary judgment is **GRANTED**, (Doc. # 14) and this case is **DISMISSED**.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

July 22, 2010
Florence, South Carolina